# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

## APRIL N. PAYNE

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj351/MD

**Thomas Keith, AFPD**
Defendant's Attorney

□ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 322.34(2) and 18 U.S.C. §§ 7 & 13 | Driving While License Suspended With Knowledge | 09/10/08 | One |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.  The fines/SMA's shall be paid by May 20, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 250.00 | $ 0.00 |

Date of Imposition of Sentence - 3/25/09

_Miles Davis_

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: **3-25-2009**